UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY C. BATTEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>          Defendants. | **1:23-cv-00890-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF Nos. 2, 6.)** |

Plaintiff is a civil detainee proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis*, filed on June 22, 2023, is GRANTED.

IT IS SO ORDERED.

   Dated:   **June 23, 2023**                  **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE